IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 19-cv-986 |
| ELISABETH DEVOS, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE OF ALLISON M. ZIEVE**

PLEASE TAKE NOTICE that attorney Allison M. Zieve hereby enters her appearance as counsel for plaintiffs Public Citizen, et al., in this case.

Dated: April 9, 2019

Respectfully submitted,

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
azieve@citizen.org

Counsel for Plaintiffs

1