UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:19-cv-986-RDM |
| Plaintiffs, |  |  |
| v. |  |  |
| ELISABETH DEVOS, *et al.*, |  |  |
| Defendants. |  |  |

**ERRATUM**

After filing the complaint in this case on April 9, 2019 (ECF 1), counsel discovered that the conversion to PDF format resulted in deletion of the image at paragraph 16 on the top of page 6 of the complaint. The image that should appear at the end of paragraph 16 is:

> **Web Access Webguard Filter Violation**
> **GENKDCA-FGATA0**
>
> You have tried to access a web page which is in violation of your Internet usage policy. Please contact your network administrator for assistance at edguestwireless@ed.gov
>
> URL: citizen.org/
> Category: Advocacy Organizations

Dated: April 10, 2019

/s/ Nandan M. Joshi
Nandan M. Joshi (DC Bar No. 456750)
Allison M. Zieve (DC Bar No. 424786)
Scott L. Nelson (DC Bar No. 413548)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I caused the foregoing Erratum to be served on defendants as follows:

<u>By certified mail</u>

William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U. S. Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Room 6E300
Washington, DC 20202-2111

Secretary Elisabeth DeVos
U. S. Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Room 6E300
Washington, DC 20202-2111


<u>By hand delivery</u>

Jessie K. Liu
U.S. Attorney, District of Columbia
Fourth Floor
501 Third Street, NW
Washington, D.C.


Dated: April 10, 2019

/s/ Nandan M. Joshi
Nandan M. Joshi