AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Public Citizen;<br>Public Citizen Foundation; and<br>David Halperin | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | Civil Action No. 19-cv-00986-RDM |
| v. | ) | |
| Elisabeth Devos, in her official capacity as Secretary<br>of the U.S. Department of Education; and<br>United States Department of Education | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jessie K. Liu
U.S. Attorney, District of Columbia
Fourth Floor
501 Third Street, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison M. Zieve
Nandan M. Joshi
Scott Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   04/10/2019                              /s/ Elizabeth A. Fernandez
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jessie Liu U.S. Attorney District of Columbia__
was received by me on *(date)* __4/10/19__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Reginald D. Rowan__, who is designated by law to accept service of process on behalf of *(name of organization)* __U.S. Attorney's Office__ on *(date)* __4/10/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/10/19__

_[signature]_
Server's signature

__Sarah Lobner, Office Manager, Public Citizen Litigation Group__
Printed name and title

__1600 20th St NW Washington DC 20009__
Server's address

Additional information regarding attempted service, etc: