# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, Secretary, U.S. Department of Education, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-986-RDM |

## NOTICE OF SCHEDULING CONFERENCE

Notice is hereby given that, pursuant to the Court's order of May 24, 2019, the parties shall appear for a scheduling conference at 2:15 p.m. on May 28, 2019 in Courtroom 21. See Attachment.

Dated: May 24, 2019

/s/ Nandan M. Joshi
Nandan M. Joshi

*Counsel for Plaintiffs*

# Nandan Joshi

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Friday, May 24, 2019 2:37 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-00986-RDM PUBLIC CITIZEN et al v. DEVOS et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 5/24/2019 at 2:37 PM and filed on 5/24/2019

**Case Name:** PUBLIC CITIZEN et al v. DEVOS et al
**Case Number:** [1:19-cv-00986-RDM](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: It is hereby ORDERED that the parties shall appear for a scheduling conference at 2:15 p.m. on May 28, 2019 in Courtroom 21. It is further ORDERED that Plaintiffs shall serve notice of the scheduling conference to counsel for the United States by COB today, May 24, 2019. Signed by Judge Randolph D. Moss on 5/24/2019. (lcrdm2, )**

**1:19-cv-00986-RDM Notice has been electronically mailed to:**

Allison Marcy Zieve     azieve@citizen.org, LitFileNotify@citizen.org

Nandan M. Joshi     njoshi@citizen.org, litfilenotify@citizen.org

**1:19-cv-00986-RDM Notice will be delivered by other means to::**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> ELISABETH DEVOS, Secretary, U.S. Department of Education, *et al.*, <br><br>    Defendants. | Civil Action No. 1:19-cv-986-RDM |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of May, 2019, I served true and correct copies of the Notice of Scheduling Conference to the defendants in this action as follows:

By hand delivery:

Jessie K. Liu, U.S. Attorney, District of Columbia
Fourth Floor
501 Third Street, NW
Washington, DC

By certified mail:

William Barr, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Elizabeth DeVos, in her official capacity as Secretary of Education
U. S. Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Room 6E300
Washington, DC 20202-2111

U. S. Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Room 6E300
Washington, DC 20202-2111


Dated: May 24, 2019                                         /s/ Nandan M. Joshi
                                                            Nandan M. Joshi

                                                            *Counsel for Plaintiffs*