UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 19-986 (RDM) |
| ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jeremy S. Simon, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

/s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2528