UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 19-986 (RDM) |
| ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education, et al. | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED IN PART MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Rule 6(b), Defendants respectfully move the Court to extend the deadline for Defendants reply in support of the motion to dismiss to, and including, September 12, 2019. As grounds for this motion, Defendants state as follows.

1. On July 10, 2019, Defendants filed a motion to dismiss the Complaint in this action as moot, and Plaintiffs filed their opposition on July 24, 2019. Accordingly, Defendants reply is due on July 31, 2019.

2. In an effort to afford the parties additional time to confer over a potential resolution of this matter before briefing on the motion to dismiss closes, Defendants request an extension to September 12, 2019, for their reply deadline. Plaintiffs have stated that they do not object to an extension to August 28, 2019, but do object to an extension beyond that date. However, due to scheduling conflicts and scheduled leave during the month of August, Defendants believe the additional time (beyond August 28, 2019) is necessary to afford Defendants the opportunity to give

full consideration to a potential resolution. Accordingly, Defendants request an extension to, and including, September 12, 2019, to file their reply.

3. Pursuant to Local Rule 7(m), undersigned counsel for Defendants has advised counsel for Plaintiffs of the relief requested in this motion and counsel for Plaintiffs states that Plaintiffs object to an extension beyond August 28, 2019.

4. A proposed order is attached.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            D.C. Bar #472845
                                            United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. Bar #924092
                                            Civil Chief

                                            By: ____/s/_____
                                            JEREMY S. SIMON, D.C. Bar #447956
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2528
                                            Jeremy.simon@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, et al.,** )<br>)<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**ELISABETH DEVOS, in her official capacity** )<br>**as Secretary of the U.S. Department of** )<br>**Education, et al.** )<br>)<br>**Defendants.** )<br>) | **Case No. 19-986 (RDM)** |

## ORDER

Upon consideration of Defendants Unopposed In Part Motion for Extension of Time to File Reply in Support of Motion to Dismiss, and the entire record herein, it is this _____ day of _____ 2019,

**ORDERED** that Defendants' Motion is **GRANTED;** and it is

**FURTHER ORDERED** that Defendants shall have to, and including, September 12, 2019, to file their reply in support of the motion to dismiss.

**SO ORDERED.**

_____
United States District Judge