UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELISABETH DEVOS, Secretary, U.S. Department of Education, *et al.*,<br><br>  Defendants. | Civil Action No. 1:19-cv-986-RDM |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO DISMISS**

In light of defendants' representation that they seek an extension until September 12, 2019, to file their reply memorandum in support of their motion to dismiss in part due to defendants' scheduling conflicts and scheduled leave during August, a situation of which plaintiffs were unaware, plaintiffs do not object to defendants' motion for an extension of time.

August 2, 2019

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*