UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELISABETH DEVOS, Secretary, U.S. Department of Education, *et al.*,<br><br>   Defendants. | Civil Action No. 1:19-cv-986-RDM |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), in light of defendants' representation that Public Citizen's website is no longer blocked on the Department of Education's internal and Wi-Fi networks, and in light of a subsequent revision in how defendants' web-filtering vendor categorizes Public Citizen's website, plaintiffs hereby dismiss this action.

September 12, 2019

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi (D.C. Bar. No. 456750)
Allison M. Zieve (DC Bar No. 424786)
Scott N. Nelson (DC Bar. No. 413548)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*